UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRENT WINTERS,

    Plaintiff,

v.

JOHN TAYLOR,

    Defendants.

Case No. 08-cv-216-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed.

**DATED: July 8, 2008**        NORBERT JAWORSKI, Clerk

                                        **S/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**